DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| | | | |
|---|---|---|---|
| N.C. Bd. of Pharm. v. Rules Review Comm'n<br><br>Case Below:<br>174 N.C. App. 301 | No. 673A05 | 1. Plt's NOA (Dissent) (COA04-929)<br><br>2. Plt's PDR as to Additional Issues<br><br>3. Plt's NOA Based Upon a Constitutional Question<br><br>4. Def's (RRC) Motion to Dismiss Appeal (Constitutional Question) | 1. ——<br><br>2. Allowed (04/06/06)<br><br>3. ——<br><br>4. Allowed (04/06/06)<br><br>**Timmons-Goodson, J., Recused** |
| N.C. Dep't of Transp. v. Stagecoach Village<br><br>Case Below:<br>174 N.C. App. 825 | No. 529P04-2 | Plt's PDR Under N.C.G.S. § 7A-31 (COA03-1026-2) | Denied (04/06/06) |
| Payne v. Charlotte Heating & Air Conditioning<br><br>Case Below:<br>172 N.C. App. 496 | No. 526A05 | 1. Defs' (Ross & Witmer and Travelers Insurance) NOA Pursuant to N.C.G.S. § 7A-30 (COA03-1651)<br><br>2. Defs' Motion to Withdraw Appeal<br><br>3. Plt's Motion to Dismiss Appeal<br><br>4. Defs' (Ross & Witmer and Travelers Insurance) Motion to Amend NOA | 1. ——<br><br>2. Allowed (05/04/06)<br><br>3. Dismissed as Moot (05/04/06)<br><br>4. Dismissed as Moot (05/04/06)<br><br>**Timmons-Goodson, J., Recused** |
| Rainey v. St. Lawrence Homes, Inc.<br><br>Case Below:<br>174 N.C. App. 611 | No. 010P06 | Def's (St. Lawrence Homes) PDR Under G.S. 7A-31 (COA04-1571) | Denied (04/06/06) |
| Ritter v. Ritter<br><br>Case Below:<br>176 N.C. App. 181 | No. 205P06 | 1. Plt's NOA Based Upon a Constitutional Question (COA05-530)<br><br>2. Plt's PDR Under N.C.G.S. § 7A-31<br><br>3. Plt's Motion for "Petition for Waiver of Docketing Fees and Costs for this Petition Due to Indigency" | 1. Dismissed *Ex mero motu* (05/04/06)<br><br>2. Denied (05/04/06)<br><br>3. Allowed (05/04/06) |